UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:09-CR-88-1BO

UNITED STATES OF AMERICA    )
                            )
            v.              )           O R D E R
                            )
JEFFREY WINSTON LEWIS       )


Upon the motion of the Government, and for the reasons set forth therein, and consistent with the opinion of the United States Court of Appeals for the Fourth Circuit in United States v. Simmons, 649 F.3d 237 (4th Cir. 2011)(en banc), the Indictment in this action is hereby dismissed.

This the 9 day of January, 2012.


TERRENCE W. BOYLE
United States District Judge